STATE of Missouri, Respondent,

v.

Robert D. VANTELLMAN, Appellant.

No. WD 47279.

Missouri Court of Appeals,
Western District.

Oct. 5, 1993.

John L. Young, Princeton, for appellant.

J. Jay Hemenway, Princeton, for respondent.

Before ULRICH, P.J., and BERREY and SMART, JJ.

## ORDER

PER CURIAM:

Appeal from a conviction of driving a motor vehicle with a revoked driver's license, in violation of § 302.321, RSMo Supp.1990.

Affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Gary Deane CARTER, Appellant.

No. WD 47042.

Missouri Court of Appeals,
Western District.

Oct. 5, 1993.

Jerome S. Antel, II, Thomas M. Mingus, Columbia, for appellant.

Mary J. Browning, Rose M. Heim, Asst. Pros. Attys., Boone County, Columbia, for respondent.

Before SPINDEN, P.J., and FENNER and HANNA, JJ.

## ORDER

PER CURIAM.

Appellant, Gary Deane Carter, appeals his conviction in the Circuit Court of Boone County, Missouri, for the class B misdemeanor of driving while intoxicated in violation of section 577.010, RSMo 1986.

Judgment affirmed. Rule 30.25(b).